B1040 (FORM 1040) (12/15)

| ADVERSARY PROCEEDING COVER SHEET (Instructions on Reverse) | ADVERSARY PROCEEDING NUMBER (Court Use Only) |
|---|---|
| **PLAINTIFFS** Phyllis Peterson | **DEFENDANTS** George Jerry Mboya |
| **ATTORNEYS** (Firm Name, Address, and Telephone No.) PRO SE 5233 Hardy St. O.P. KS 66202 913-638-8105 | **ATTORNEYS** (If Known) 816-221-6006 Chris M. Troppito 105 E. 5th St., Suite 500 KCMO 64106 |
| **PARTY** (Check One Box Only)<br>☐ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☒ Creditor  ☐ Other<br>☐ Trustee | **PARTY** (Check One Box Only)<br>☒ Debtor   ☐ U.S. Trustee/Bankruptcy Admin<br>☐ Creditor  ☐ Other<br>☐ Trustee |

**CAUSE OF ACTION** (WRITE A BRIEF STATEMENT OF CAUSE OF ACTION, INCLUDING ALL U.S. STATUTES INVOLVED)

Pursuant to 11 U.S. Code 523(a)(2) Exceptions to Discharge under false pretenses, a false representation, or actual fraud, the Plaintiff objects to the dischargeability of debt listed in the Bankruptcy case Reference # 17-20889) filed by Defendant, George Jerry Mboya.

### NATURE OF SUIT
(Number up to five (5) boxes starting with lead cause of action as 1, first alternative cause as 2, second alternative cause as 3, etc.)

**FRBP 7001(1) – Recovery of Money/Property**
☐ 11-Recovery of money/property - §542 turnover of property
☐ 12-Recovery of money/property - §547 preference
☐ 13-Recovery of money/property - §548 fraudulent transfer
2. ☒ 14-Recovery of money/property - other

**FRBP 7001(2) – Validity, Priority or Extent of Lien**
☐ 21-Validity, priority or extent of lien or other interest in property

**FRBP 7001(3) – Approval of Sale of Property**
☐ 31-Approval of sale of property of estate and of a co-owner - §363(h)

**FRBP 7001(4) – Objection/Revocation of Discharge**
☐ 41-Objection / revocation of discharge - §727(c),(d),(e)

**FRBP 7001(5) – Revocation of Confirmation**
☐ 51-Revocation of confirmation

**FRBP 7001(6) – Dischargeability**
☐ 66-Dischargeability - §523(a)(1),(14),(14A) priority tax claims
1. ☒ 62-Dischargeability - §523(a)(2), false pretenses, false representation, actual fraud
☐ 67-Dischargeability - §523(a)(4), fraud as fiduciary, embezzlement, larceny
(continued next column)

**FRBP 7001(6) – Dischargeability (continued)**
☐ 61-Dischargeability - §523(a)(5), domestic support
☐ 68-Dischargeability - §523(a)(6), willful and malicious injury
☐ 63-Dischargeability - §523(a)(8), student loan
☐ 64-Dischargeability - §523(a)(15), divorce or separation obligation (other than domestic support)
☐ 65-Dischargeability - other

**FRBP 7001(7) – Injunctive Relief**
☐ 71-Injunctive relief – imposition of stay
☐ 72-Injunctive relief – other

**FRBP 7001(8) Subordination of Claim or Interest**
☐ 81-Subordination of claim or interest

**FRBP 7001(9) Declaratory Judgment**
☐ 91-Declaratory judgment

**FRBP 7001(10) Determination of Removed Action**
☐ 01-Determination of removed claim or cause

**Other**
☐ SS-SIPA Case – 15 U.S.C. §§78aaa et.seq.
☐ 02-Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy case)

| ☐ Check if this case involves a substantive issue of state law | ☐ Check if this is asserted to be a class action under FRCP 23 |
|---|---|
| ☐ Check if a jury trial is demanded in complaint | Demand $ 51,410.47 plus interest and expenses. Additional interest $358.12 (Jan 31 - June 13, 2017) |
| **Other Relief Sought** | |

Case 17-20889   Doc# 11   Filed 06/13/17   Page 1 of 3

# United States Bankruptcy Court

Robert J. Dole U.S. Courthouse, District of Kansas

| | |
|---|---|
| In re    George Jerry Mboya,<br>Debtor | Case No.<br>17-20889 |
| Phyllis Peterson,<br>Plaintiff | Chapter |
| George Jerry Mboya,<br>Defendant | Adv. Proc. No.<br>17- |

## COMPLAINT

COMES NOW, the Plaintiff, Phyllis Peterson, pro-se, filing this Adversary Proceeding with the Court, with regards to the debt owed by the Defendant, George Jerry Mboya. Pursuant to 11 U.S. Code § 523(a)(2) - Exceptions to discharge under false pretenses, a false representation, or actual fraud, the Plaintiff objects to the dischargeability of debt listed in the Bankruptcy case (Reference #: 17-20889) filed by the Defendant, George Jerry Mboya.

For cause, the Plaintiff will show that:

1) A judgement was entered on January 31, 2017 at the Johnson County Civil Court against the Defendant, George Jerry Mboya, for the amount of $51,475.57.
   (Reference Case #: 16CV02694)

2) A hearing was scheduled for May 25, 2017 for a Motion For Examination Of Judgment Debtor, Pursuant To K.S.A. 60-2419.

3) The defendant, George Jerry Mboya, proceeded to file bankruptcy (Reference #: 17-20889).

4) The debt owed by the Defendant, George Jerry Mboya, is not dischargeable in accordance with 11 U.S. Code § 523 - clause 2(a), Exceptions to discharge of debt
   - "(2) for money, property, services, or an extension, renewal, or refinancing of credit, to the extent obtained by—
     - (A) false pretenses, a false representation, or actual fraud, other than a statement respecting the debtor's or an insider's financial condition;"

5) Objective evidence is available for review supporting the fraudulent nature of the Defendant's request for money.

ADDITIONAL INFORMATION:

1) The amount stated in the Bankruptcy case for judgment against Defendant was $59,787.
    a) Defendant paid $6,000 towards his debt on November 21, 2014, leaving the amount of $53,787 for remaining debt owed.
    b) The judgment was made for $49,223.43 plus interest $2,252.14 for a total of $51,475.57.

2) Order to pay garnishment proceeds of $65.10 to creditor was filed by the Clerk of the District Court, Johnson County, Kansas on May 11, 2017.
    a) The judgment amount owed is now $51,410.47.

WHEREFORE, Plaintiff requests:

1) Review of objective evidence supporting the fraudulent nature of the transactions when the Defendant obtained the money;

2) Judgment against Defendant for the amount of $51,410.47 (Fifty-one thousand, four hundred and ten dollars and forty-seven cents);

3) Costs of suit;

4) Additional interest on debt from January 31, 2017 till all debt is repaid; and

5) Such other and further relief as the court deems just and proper.

VERIFICATION

I, Phyllis Peterson being duly sworn, do depose and say that the facts alleged in the within Complaint are true to the extent matters are not alleged on information and belief.

Signed under the pains and penalties of perjury, this ___13+h___ day of June, 2017.

*(signature)* Phyllis Peterson
Phyllis Peterson
Pro-se
5233 Hardy St, Overland Park KS 66202
Email: getthetouchnow@hotmail.com
Tel: (913) 638 8105